# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN TYRONE ARCHIBALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  7:14-cv-02427-KOB-HGD |
| ) | |
| CHRIS ARDOVINO, ) | |
| ) | |
| Defendant ) | |

## ORDER

The magistrate judge filed a report and recommendation on November 6, 2015, recommending that, to the extent the plaintiff requests that criminal charges be filed against the defendant, his claim be dismissed for lack of jurisdiction; that his request for injunctive relief be denied; and that his Fourth Amendment claim against the defendant be referred to the magistrate judge for further proceedings.  (Doc. 8 ).  No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendations.  The court ORDERS that, to the extent the plaintiff requests criminal charges be filed against the defendant, his claim

is DISMISSED for lack of jurisdiction; that the plaintiff's request for injunctive relief is DENIED; and that his Fourth Amendment claim against the defendant is REFERRED to the magistrate judge for further proceedings.

DONE and ORDERED this 23rd day of February, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE