# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN TYRONE ARCHIBALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  7:14-cv-02427-KOB-HGD |
| ) | |
| CHRIS ARDOVINO, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 26, 2016 (doc. 19), recommending the defendant's special report be treated as a motion for summary judgment and further recommending that the motion be granted (doc. 17).  Although the parties were advised of their right to file specific written objections within fourteen, no party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  Accordingly, the court finds that the defendant's motion for summary judgment is due to be GRANTED, the court finding no genuine issues of material fact exist.

The court will enter a separate Final Order.

DONE and ORDERED this 29th day of November, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE